Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. 1:15-cv-00597-TLN-SAB |
| Plaintiff, | ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT DENNIS WRIGHT, individually and d/b/a CASEY'S BAR & GRILL |
| vs. | |
| DENNIS WRIGHT, | |
| Defendant, | |

   **IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendant DENNIS WRIGHT, individually and d/b/a CASEYS BAR & GRILL, that the above-entitled action is hereby dismissed **without prejudice** against DENNIS WRIGHT, individually and d/b/a CASEYS BAR & GRILL.

   **IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by October 8, 2015, the dismissal shall be deemed to be **with prejudice**.

///
///
///
///
///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

Dated:  September 8, 2015

_____
Troy L. Nunley
United States District Judge